# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                               **Crim. No. 2:17-CR-5-1D**

**HARRY EDWARD PAUL, JR.**

On March 7, 2017, the above named was placed on probation in the Eastern District of Virginia for a period of 2 years. On April 11, 2017, jurisdiction of Paul's case was transferred to the Eastern District of North Carolina. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Paul be discharged from supervision.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                        /s/ Lakesha H. Wright
Dwayne K. Benfield                             Lakesha H. Wright
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                            306 East Main Street, Room 306
                                                            Elizabeth City, NC 27909-7909
                                                            Phone: 252-335-5508
                                                            Executed On: July 2, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___11___ day of ___July___, 2018.

                                                                             James C. Dever III
                                                                             Chief U.S. District Judge